**130**

Tyrone CARTER, Plaintiff—Appellant,

v.

**BEAR ISLAND PAPER, LLC,
Defendant—Appellee,**

and

**Bobby Jackson; Mike Powell,
Defendants.**

No. 04–1797.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2005.

Decided: March 16, 2005.

Frederick H. Marsh, Hill, Tucker, & Marsh, Richmond, Virginia, for Appellant.

D. Eugene Webb, Jr., Mary Leslie Parpart, Troutman Sanders LLP, Richmond, Virginia, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Carter appeals the district court's order granting summary judgment to Defendant in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carter v. Bear Island Paper, LLC,* No. CA-

03–989–3 (E.D.Va. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*